SUNG E. SHIM (Bar # 184247)
Attorney at Law
2540 College Avenue, #307
Berkeley, CA 94608
Tel. (510) 867-8764

Attorneys for Defendant YOUNG MO SUH, erroneously sued as YOUNG MOSUH, dba T-STATION

FILED
07 JUL 10 AM 9: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG MO SUH, erroneously sued as YOUNG MOSUH, dba T-STATION,<br><br>Defendant. | Case No. 07 CV 0923 JM POR<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO PLEAD**<br>**(Fed. R. Civ. P. 12(a))** |

Based on the Stipulation of the parties through their respective counsel and for good cause shown, the Court enters the following order:

### STIPULATION

The parties to this action, through their respective counsel of record, hereby stipulate that the time within which Defendant YOUNG MO SUH ("Suh") may respond to the Complaint of Plaintiff OLAES ENTERPRISE, INC., shall be extended to and including July 9, 2007, from June 25, 2007. The reason for the extension of time is that

---
1
**STIPULATION FOR EXTENSION OF TIME TO PLEAD (Fed. R. Civ. P. 12(a))**

Suh has just retained legal counsel on June 21, 207, to represent him in this action, who also had to submit a Petition for Admission to Practice in the United States District Court, Southern District of California, as his counsel is in Northern California. Suh further stipulates to file an Answer to the Complaint on or before July 9, 2007, without waiving the right to file a motion to transfer for improper venue, or in the alternative, to transfer for convenience at the same time.

Dated: June 2̲3̲, 2007

        Respectfully submitted,
        LAW OFFICES OF DARREN J. QUINN

By: _____
    Darren J. Quinn
    Attorneys for Plaintiff OLAES ENTERPRISE, INC.

Dated: June ___, 2007

        Respectfully submitted,
        Sung E. Shim, Attorney at Law

By:     s/Sung E. Shim
    _____
    Sung E. Shim
    Attorneys for Defendant YOUNG MO SUH

---

2

**STIPULATION FOR EXTENSION OF TIME TO PLEAD (Fed. R. Civ. P. 12(a))**

## ORDER

It is ordered, that pursuant to CivLR 12.1, Defendant YOUNG MO SUH's response to the Complaint shall be filed on or before July 9, 2007.

Dated: July 5, 2007

Jeffrey T. Miller
Judge of the District Court

---

**STIPULATION FOR EXTENSION OF TIME TO PLEAD (Fed. R. Civ. P. 12(a))**