UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., a California corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>YOUNG MOSUH dba T-STATION,<br><br>           Defendant. | Civil No. 07cv0923-JM (POR)<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

On October 11, 2007, both counsel contacted the Court requesting a continuance of the case management conference set for October 16, 2007. Defendant's counsel indicated there was a death in his family. Good cause appearing, the Court HEREBY reschedules the case management conference to **October 22, 2007 at 1:30 p.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Mr. Quinn shall initiate and coordinate the call.

DATED: October 11, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

- 1 -

07cv0923